**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DEARBORN ADVISORS, LLC § Case No. 17-11596
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/12/2017. The undersigned trustee was appointed on 04/12/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $      150,046.63

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 19,018.09 |
| Bank service fees | 2,993.02 |
| Other payments to creditors | 17,894.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 110,141.52 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/11/2017 and the deadline for filing governmental claims was 10/10/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,752.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,752.33, for a total compensation of $10,752.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $15.66 for total expenses of $15.66[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/26/2019                              By: /s/ David R. Brown
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 17-11596 | Trustee Name: | (330580) David R. Brown |
| Case Name: | DEARBORN ADVISORS, LLC | Date Filed (f) or Converted (c): | 04/12/2017 (f) |
|  |  | § 341(a) Meeting Date: | 05/09/2017 |
| For Period Ending: | 02/26/2019 | Claims Bar Date: | 08/11/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 |  | 0.00 | FA |
| 2 | Bank of America checking account #3813 | 73,697.00 | 73,621.37 |  | 73,621.37 | FA |
| 3 | Barrington Bank and Trust Co. checking #3382 | 0.00 | 0.00 |  | 0.00 | FA |
| 4 | Deposit for gym membership Jones Lang LaSalle | 40.00 | 0.00 |  | 0.00 | FA |
| 5 | Letter of Credit issued by Barrington Bank and Trust Co.<br>in connection with debtor's commercial lease with OB I, LLC | 92,500.00 | 0.00 |  | 0.00 | FA |
| 6 | Crowe Harwath LLP, 2016 (401)k audit<br>*See response to SOFA no. 11<br>Trustee has retained this accountant to perform the pension plan audits so this prepaid amount will be credited to that work. | 29,000.00 | 29,000.00 |  | 0.00 | FA |
| 7 | Office Furniture-See attached Rider 39/41 | 15,000.00 | 22,487.00 |  | 22,487.00 | FA |
| 8 | Computer Equipment-See attached Rider 39/41 | 5,000.00 | 7,322.00 |  | 7,322.00 | FA |
| 9 | Office copiers -CDS Office Technologies lease<br>See response to SOFA No. 11<br>prepayment to accountants for audit of pension plan. | Unknown | 0.00 |  | 0.00 | FA |
| 10 | Leasehold interest in real property located at<br>2215 York Road, Suite 400, Oakbrook, IL 60523 | Unknown | 0.00 |  | 0.00 | FA |
| 11 | Intellectual Property patents, copyrights, trademarks, and trade secrets<br>See Attached Rider to Schedule A/B Question 60 | Unknown | 0.00 |  | 0.00 | FA |
| 12 | Internet domain names and websites<br>DearbornAdvisors.com and DearbornAdvisors.net | Unknown | 0.00 |  | 0.00 | FA |
| 13 | Other intangibles, or intellectual property<br>Clinician Adoption Methodology (with modules and associated templates) & Transformation for Value (methodology with support tools)<br>*Manager Estimate after adequate marketing and with necessary transition support. | 1,000,000.00 | 0.00 |  | 0.00 | FA |
| 14 | Tax refunds State of Michigan tax year 2016 | 40.00 | 40.00 |  | 2,251.57 | FA |
| 15 | Tax refunds State of California tax year 2016 | 3,500.00 | 9,809.00 |  | 9,809.00 | FA |
| 16 | Tax refunds other states or federal entities<br>*See Rider to Schedule A/B Question No. 72 for list of taxing jurisdictions | Unknown | 3,973.00 |  | 6,454.12 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 17-11596 | | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|---|
| Case Name: | DEARBORN ADVISORS, LLC | | Date Filed (f) or Converted (c): | 04/12/2017 (f) |
| | | | § 341(a) Meeting Date: | 05/09/2017 |
| For Period Ending: | 02/26/2019 | | Claims Bar Date: | 08/11/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Life insurance Policy<br>(Insurer) West Coast Life Insurance Company; Richard Mager (insured); face value ($1,000,000) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Pre-payment for executive search (executive not hired)<br>Trustee reviewed contract and funds paid are nonrefundable | 119,000.00 | 0.00 | | 0.00 | FA |
| 19 | Health insurance premium refund (u) | 22,938.97 | 22,938.97 | | 22,938.97 | FA |
| 20 | Payroll service refund (u) | 467.61 | 467.61 | | 467.61 | FA |
| 21* | INTERESTS IN INSURANCE POLICIES (u) (See Footnote) | Unknown | 4,654.00 | | 4,654.00 | FA |
| 22 | VENDOR REFUND (u)<br>FedEx refund | 40.99 | 40.99 | | 40.99 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$1,361,224.57** | **$174,353.94** | | **$150,046.63** | **$0.00** |

RE PROP# 21    workers compensation premium refund

**Major Activities Affecting Case Closing:**

Trustee is in the process of terminating 401k plan. This involves auditing the plan for 2016 and 2017, and allowing participants to roll over there accounts to individual 401k accounts. Tax returns, including returns for a number of states, are being prepared. Trustee estimates it will take another 6 months to complete that process.

**Initial Projected Date Of Final Report (TFR):**  06/29/2018        **Current Projected Date Of Final Report (TFR):**  01/11/2019 (Actual)

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 02/26/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/17 | {14} | State of Michigan | tax refund | 1124-000 | 40.00 | | 40.00 |
| 05/10/17 | {15} | State of California | 2016 tax refund | 1124-000 | 3,500.00 | | 3,540.00 |
| 05/18/17 | {2} | Bank of America | Turnover of Debtor's bank account | 1129-000 | 73,621.37 | | 77,161.37 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.75 | 77,115.62 |
| 06/07/17 | {19} | Health Care Service Corporation | refund for premium | 1229-000 | 22,938.97 | | 100,054.59 |
| 06/07/17 | {15} | State of California | tax refund | 1124-000 | 6,309.00 | | 106,363.59 |
| 06/07/17 | {16} | State of Missouri | tax refund | 1124-000 | 278.00 | | 106,641.59 |
| 06/07/17 | {16} | State of Maine | tax refund | 1124-000 | 408.04 | | 107,049.63 |
| 06/07/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 406.01 | | 107,455.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.92 | 107,312.72 |
| 07/05/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 61.60 | | 107,374.32 |
| 07/20/17 | {16} | State of Maryland | tax refund from 2016 | 1124-000 | 57.00 | | 107,431.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.29 | 107,282.03 |
| 08/10/17 | | Heath Industrial Auction Services, Inc | Proceeds of auction sale | | 29,809.00 | | 137,091.03 |
| | {7} | | furniture and equipment $22,487.00 | 1129-000 | | | 137,091.03 |
| | {8} | | computers and peripherals $7,322.00 | 1129-000 | | | 137,091.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 198.33 | 136,892.70 |
| 09/07/17 | {16} | State of New Jersey | tax refund for 2016 income taxes | 1124-000 | 3,230.00 | | 140,122.70 |
| 09/11/17 | 101 | Barrington Bank & Trust Company | Share of proceeds of sale of office equipment and furnishings. | 4110-000 | | 17,894.00 | 122,228.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | 2,968.00 | 119,260.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | -2,968.00 | 122,228.70 |
| 09/11/17 | 103 | AMERICAN AUCTION ASSOCIATES | Auctioneer expenses | 3620-000 | | 2,968.00 | 119,260.70 |
| 09/25/17 | 104 | AMERICAN AUCTION ASSOCIATES | Reimburse payment to ProShred Security | 2990-000 | | 1,165.00 | 118,095.70 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 182.58 | 117,913.12 |
| 10/30/17 | {21} | Marsh USA, Inc | workers comp policy refund | 1229-000 | 4,654.00 | | 122,567.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 181.12 | 122,386.00 |

Page Subtotals:  $145,312.99   $22,926.99

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                   ! - transaction has not been cleared

Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 02/26/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 11/21/17 | 105 | IRON MOUNTAIN | Invoice ## NTM8354, NWC1153, NAZ3161 | 2990-000 | | 700.00 | 121,686.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 175.93 | 121,510.07 |
| 12/22/17 | {16} | Commonwealth of Virginia | unemployment tax overpayment refund | 1124-000 | 296.00 | | 121,806.07 |
| 12/22/17 | {16} | Commonwealth of Kentucky | tax refund | 1124-000 | 1,500.61 | | 123,306.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 169.12 | 123,137.56 |
| 01/05/18 | {16} | New York Dept of Taxation | Tax refund | 1124-000 | 21.00 | | 123,158.56 |
| 01/05/18 | {16} | Minnesota Dept of Employment | Unemployment tax refund | 1124-000 | 500.00 | | 123,658.56 |
| 01/18/18 | {22} | FedEx Express | Vendor refund | 1290-000 | 40.99 | | 123,699.55 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 195.42 | 123,504.13 |
| 02/13/18 | 106 | International Sureties, Ltd. | BOND # 016073584 | 2300-000 | | 38.00 | 123,466.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.78 | 123,300.35 |
| 03/05/18 | {16} | State of Tennessee | SUTA refund | 1124-000 | 163.47 | | 123,463.82 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.53 | 123,286.29 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 171.41 | 123,114.88 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 194.80 | 122,920.08 |
| 06/05/18 | 107 | Alan D. Lasko & Associates, PC | fees and expenses pursuant to order approving same entered 6/1/2018 | | | 14,102.69 | 108,817.39 |
| | | | $13,966.20 | 3410-000 | | | 108,817.39 |
| | | | $136.49 | 3420-000 | | | 108,817.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.41 | 108,657.98 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.70 | 108,491.28 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 161.24 | 108,330.04 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.10 | 108,246.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 97.86 | 108,149.08 |

Page Subtotals: $2,522.07 $16,758.99

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                          ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 02/26/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Fees |  |  |  |  |
| 11/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 88.88 | 108,060.20 |
| 12/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 85.85 | 107,974.35 |
| 02/18/19 | {14} | State of Michigan | income tax refund | 1124-000 | 2,211.57 |  | 110,185.92 |
| 02/18/19 | 108 | International Sureties, Ltd. | Bond 016073584 | 2300-000 |  | 44.40 | 110,141.52 |
|  |  | **COLUMN TOTALS** |  |  | 150,046.63 | 39,905.11 | $110,141.52 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 150,046.63 | 39,905.11 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $150,046.63 | $39,905.11 |  |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-11596 | **Trustee Name:** | David R. Brown (330580) | |
| **Case Name:** | DEARBORN ADVISORS, LLC | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7603 | **Account #:** | ******6166 Checking Account | |
| **For Period Ending:** | 02/26/2019 | **Blanket Bond (per case limit):** | $77,173,558.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6166 Checking Account | $150,046.63 | $39,905.11 | $110,141.52 |
| | **$150,046.63** | **$39,905.11** | **$110,141.52** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case: 17-11596**  **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13S | Barrington Bank & Trust Company Randall & Kenig LLC<br>455 North CityFront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>08/11/17 | | $29,809.00<br>$29,809.00 | $17,894.00 | $11,915.00 |
| ATTYExp | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>12/21/18 | | $557.52<br>$557.52 | $0.00 | $557.52 |
| ATTYFees | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>12/21/18 | | $8,533.00<br>$8,533.00 | $0.00 | $8,533.00 |
| LaskoExp | Alan D Lasko & Associates, PC<br>205 W Randolph Street<br>Suite 1150<br>Chicago, IL 60606<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>12/21/18 | | $454.83<br>$454.83 | $136.49 | $318.34 |
| LaskoFees | Alan D Lasko & Associates, PC<br>205 W Randolph Street<br>Suite 1150<br>Chicago, IL 60606<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>12/21/18 | | $24,176.50<br>$24,176.50 | $13,966.20 | $10,210.30 |
| TR Comp | David R. Brown<br>53 W. Jackson<br>#1334<br>Chicago, IL 60604<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/09/18 | | $10,752.33<br>$10,752.33 | $0.00 | $10,752.33 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Analysis of Claims Register

**Case: 17-11596**                                **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TRExp | David R. Brown<br>53 W. Jackson<br>#1334<br>Chicago, IL 60604<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/21/18 | | $15.66<br>$15.66 | $0.00 | $15.66 |
| 9 | OB I LLC c/o John D Silk<br>150 S Wacker Drive<br>Suite 3025<br>Chicago, IL 60606<br><2410-000 Administrative Rent><br>, 200 | Administrative<br>08/10/17 | | $49,534.48<br>$42,500.00 | $0.00 | $42,500.00 |
| | IL Department of Employment Security<br>33 S State Streeet<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority | | $0.00<br>$1,888.96 | $0.00 | $1,888.96 |
| | Employer IL SUTA Distribution:<br>    Claim    10P    $ 944.48<br>    Claim    11P    $ 944.48<br>[ | | Richard D. Mager<br>Desiree Waunn | | | |
| | IL Dept. of Revenue<br>Bankruptcy Section<br>Chicago, IL 60664<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$1,272.16 | $0.00 | $1,272.16 |
| | Employee IL Income Tax Distribution:<br>    Claim    10P    $ 636.08<br>    Claim    11P    $ 636.08<br>[ | | Richard D. Mager<br>Desiree Waunn | | | |
| | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$7,710.00 | $0.00 | $7,710.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 17-11596**                              **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Employee Income Tax Distribution: | | | | | |
| | Claim   3A    $ 2,570.00 | | David R King | | | |
| | Claim   10P   $ 2,570.00 | | Richard D. Mager | | | |
| | Claim   11P   $ 2,570.00 | | Desiree Waunn | | | |
| | [ | | | | | |
| | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$2,390.10 | $0.00 | $2,390.10 |
| | Employee FICA Distribution: | | | | | |
| | Claim   3A    $ 796.70 | | David R King | | | |
| | Claim   10P   $ 796.70 | | Richard D. Mager | | | |
| | Claim   11P   $ 796.70 | | Desiree Waunn | | | |
| | [ | | | | | |
| | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority | | $0.00<br>$558.96 | $0.00 | $558.96 |
| | Employee Medicare Distribution: | | | | | |
| | Claim   3A    $ 186.32 | | David R King | | | |
| | Claim   10P   $ 186.32 | | Richard D. Mager | | | |
| | Claim   11P   $ 186.32 | | Desiree Waunn | | | |
| | [ | | | | | |
| | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority | | $0.00<br>$2,390.10 | $0.00 | $2,390.10 |
| | Employer FICA Distribution: | | | | | |
| | Claim   3A    $ 796.70 | | David R King | | | |
| | Claim   10P   $ 796.70 | | Richard D. Mager | | | |
| | Claim   11P   $ 796.70 | | Desiree Waunn | | | |
| | [ | | | | | |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case: 17-11596**              **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES STAFF LITTLE ROCK, AR 72201 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $558.96 | $0.00 | $558.96 |
| | Employer Medicare Distribution: | | | | | |
| | Claim   3A        $ 186.32 | | David R King | | | |
| | Claim  10P        $ 186.32 | | Richard D. Mager | | | |
| | Claim  11P        $ 186.32 | | Desiree Waunn | | | |
| | [ | | | | | |
| | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES STAFF LITTLE ROCK, AR 72201 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $126.00 | $0.00 | $126.00 |
| | Employer FUTA Distribution: | | | | | |
| | Claim   3A        $ 42.00 | | David R King | | | |
| | Claim  10P        $ 42.00 | | Richard D. Mager | | | |
| | Claim  11P        $ 42.00 | | Desiree Waunn | | | |
| | [ | | | | | |
| | Michigan Department of Treasury, <5300-000 Wages - § 507(a)(4)> , 510 | Priority | | $0.00 $546.12 | $0.00 | $546.12 |
| | Employee MI Income Tax Distribution: | | | | | |
| | Claim   3A        $ 546.12 | | David R King | | | |
| | [ | | | | | |
| | Michigan Unemployment Insurance Agency, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority | | $0.00 $1,099.80 | $0.00 | $1,099.80 |
| | Employer MI SUTA Distribution: | | | | | |
| | Claim   3A        $ 1,099.80 | | David R King | | | |
| | [ | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 17-11596**      **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3A | David R King<br>7535 Thornapple River Dr. SE<br>Caledonia, MI 49316<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>05/22/17 | | $21,360.00<br>$8,750.86 | $0.00 | $8,750.86 |
| | [Gross Wage $12850.00 Less Taxes = Net $8750.86 Income Tax $2570.00 FICA $796.70 Medicare $186.32 MI Income Tax $546.12] | | | | | |
| 5P | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/07/17 | | $1,297.23<br>$1,297.23 | $0.00 | $1,297.23 |
| 6 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/08/17 | | $36.06<br>$36.06 | $0.00 | $36.06 |
| 10P | Richard D. Mager<br>4030 Johnson<br>Western Springs, IL 60558<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/10/17 | | $12,850.00<br>$8,660.90 | $0.00 | $8,660.90 |
| | [Gross Wage $12850.00 Less Taxes = Net $8660.90 Income Tax $2570.00 FICA $796.70 Medicare $186.32 IL Income Tax $636.08] | | | | | |
| 11P | Desiree Waunn<br>208 Edinburgh Ct<br>Naperville, IL 60540<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/10/17 | | $12,850.00<br>$8,660.90 | $0.00 | $8,660.90 |
| | [Gross Wage $12850.00 Less Taxes = Net $8660.90 Income Tax $2570.00 FICA $796.70 Medicare $186.32 IL Income Tax $636.08] | | | | | |
| 15P | Wisconsin Department of Revenue Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/03/17 | | $1,378.85<br>$1,378.85 | $0.00 | $1,378.85 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case: 17-11596**  **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | New York State Dept. of Labor<br>State Campus, Bldg 12 Rm 256<br>Albany, NY 12240<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br><br>claim withdrawn 7/17/18 | Priority<br>12/11/17 | | $495.95<br>$0.00 | $0.00 | $0.00 |
| 17 | State of Florida - Department of Revenue<br>Fredrick F. Rudzik, ESQ.<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/26/18 | | $100.00<br>$100.00 | $0.00 | $100.00 |
| 18P | AZ DEPARTMENT OF REVENUE<br>2005 N Central Ave, Suite 100<br>PHOENIX, AZ 85004<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/23/18 | | $149.99<br>$149.99 | $0.00 | $149.99 |
| 1 | Barbara A. Crowell<br>961 Linden Avenue<br>Elhurst, IL 60126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/22/17 | | $604,241.91<br>$604,241.91 | $0.00 | $604,241.91 |
| 2 | Jeffrey Crowell, as Trustee of the Barbara A. Crow<br>961 S. Linden Ave.<br>Elmhurst, IL 60126<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/22/17 | | $105,654.64<br>$105,654.64 | $0.00 | $105,654.64 |
| 3B | David R. King<br>7535 Thornapple Drive SE<br>Caledonia, MI 49316<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/22/17 | | $8,510.00<br>$8,510.00 | $0.00 | $8,510.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 7

# Exhibit C
## Analysis of Claims Register

**Case: 17-11596**  **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | DeLage Landen Financial Services Att: T Veitz<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/30/17 | | $11,339.57<br>$11,339.57 | $0.00 | $11,339.57 |
| 5U | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/07/17 | | $1,060.72<br>$1,060.72 | $0.00 | $1,060.72 |
| 7 | Birch<br>1301 Chestnut<br>Emporia, KS 66801<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/27/17 | | $2,907.86<br>$2,907.86 | $0.00 | $2,907.86 |
| 8 | TPH Healthcare Partners, LLC<br>1440 Belleau Woods Ct<br>Wheaton, IL 60189<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/07/17 | | $62,318.82<br>$62,318.82 | $0.00 | $62,318.82 |
| 10U | Richard D. Mager<br>4030 Johnson<br>Western Springs, IL 60558<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/10/17 | | $73,816.67<br>$73,816.67 | $0.00 | $73,816.67 |
| 11U | Desiree Waunn<br>208 Edinburgh Ct<br>Naperville, IL 60540<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/10/17 | | $22,150.00<br>$22,150.00 | $0.00 | $22,150.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 8

# Exhibit C

## Analysis of Claims Register

**Case: 17-11596**  **DEARBORN ADVISORS, LLC**

Claims Bar Date: 08/11/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Desiree Waunn 208 Edinburgh Ct Naperville, IL 60540 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/10/17 | | $350,000.00 $350,000.00 | $0.00 | $350,000.00 |
| 13U | Barrington Bank & Trust Company Randall & Kenig LLC 455 North CityFront Plaza Drive Suite 2510 Chicago, IL 60611 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/11/17 | | $271,500.38 $271,500.38 | $0.00 | $271,500.38 |
| 14 | NYS Dept of Labor State Office Campus Bld 12 Rm 256 Albany, NY 12240 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| 15U | Wisconsin Department of Revenue Special Procedures Unit PO Box 8901 Madison, WI 53708-8901 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 11/03/17 | | $487.71 $487.71 | $0.00 | $487.71 |
| 18U | AZ DEPARTMENT OF REVENUE 2005 N Central Ave, Suite 100 PHOENIX, AZ 85004 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 04/23/18 | | $25.66 $25.66 | $0.00 | $25.66 |

**Case Total:**   **$31,996.69**   **$1,646,392.04**

**UST Form 101-7-TFR (5/1/2011)**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-11596
Case Name: DEARBORN ADVISORS, LLC
Trustee Name: David R. Brown

**Balance on hand:** $ 110,141.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | Barrington Bank & Trust Company Randall & Kenig LLC | 29,809.00 | 29,809.00 | 17,894.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 110,141.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 10,752.33 | 0.00 | 10,752.33 |
| Trustee, Expenses - David R. Brown | 15.66 | 0.00 | 15.66 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 8,533.00 | 0.00 | 8,533.00 |
| Administrative Rent - OB I LLC c/o John D Silk | 42,500.00 | 0.00 | 42,500.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 557.52 | 0.00 | 557.52 |
| Accountant for Trustee Fees (Other Firm) - Alan D Lasko & Associates, PC | 24,176.50 | 13,966.20 | 10,210.30 |
| Accountant for Trustee Expenses (Other Firm) - Alan D Lasko & Associates, PC | 454.83 | 136.49 | 318.34 |

Total to be paid for chapter 7 administrative expenses: $ 72,887.15
Remaining balance: $ 37,254.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,254.37

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,575.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3A | David R King | 12,850.00 | 0.00 | 12,418.13 |
| 5P | Department of the Treasury Internal Revenue Service | 1,297.23 | 0.00 | 0.00 |
| 6 | Illinois Department of Employment Security | 36.06 | 0.00 | 0.00 |
| 10P | Richard D. Mager | 12,850.00 | 0.00 | 12,418.12 |
| 11P | Desiree Waunn | 12,850.00 | 0.00 | 12,418.12 |
| 15P | Wisconsin Department of Revenue Special Procedures Unit | 1,378.85 | 0.00 | 0.00 |
| 16 | New York State Dept. of Labor | 0.00 | 0.00 | 0.00 |
| 17 | State of Florida - Department of Revenue Fredrick F. Rudzik, ESQ. | 100.00 | 0.00 | 0.00 |
| 18P | AZ DEPARTMENT OF REVENUE | 149.99 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 2,390.10 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 558.96 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 126.00 | 0.00 | 0.00 |
|  | Michigan Unemployment Insurance Agency | 1,099.80 | 0.00 | 0.00 |
|  | IL Department of Employment Security | 1,888.96 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 37,254.37
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,513,500.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Barbara A. Crowell | 604,241.91 | 0.00 | 0.00 |
| 2 | Jeffrey Crowell, as Trustee of the Barbara A. Crow | 105,654.64 | 0.00 | 0.00 |
| 3B | David R. King | 8,510.00 | 0.00 | 0.00 |
| 4 | DeLage Landen Financial Services Att: T Veitz | 11,339.57 | 0.00 | 0.00 |
| 5U | Department of the Treasury Internal Revenue Service | 1,060.72 | 0.00 | 0.00 |
| 7 | Birch | 2,907.86 | 0.00 | 0.00 |
| 8 | TPH Healthcare Partners, LLC | 62,318.82 | 0.00 | 0.00 |
| 10U | Richard D. Mager | 73,816.67 | 0.00 | 0.00 |
| 11U | Desiree Waunn | 22,150.00 | 0.00 | 0.00 |
| 12 | Desiree Waunn | 350,000.00 | 0.00 | 0.00 |
| 13U | Barrington Bank & Trust Company Randall & Kenig LLC | 271,500.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $513.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | NYS Dept of Labor State Office Campus Bld | 0.00 | 0.00 | 0.00 |
| 15U | Wisconsin Department of Revenue Special Procedures Unit | 487.71 | 0.00 | 0.00 |
| 18U | AZ DEPARTMENT OF REVENUE | 25.66 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**