UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **DEARBORN ADVISORS, LLC** ) | Bankruptcy Case No. 17-11596-JSB |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 1, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**
Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

Dearborn Advisors, LLC
4030 Johnson
Western Springs, IL 60558

Alan D Lasko & Associates, PC
205 W Randolph St., Suite 1150
Chicago, IL 60606

Barbara A. Crowell
961 Linden Avenue
Elmhurst, IL 60126

Jeffrey Crowell, as Trustee
of the Barbara A. Crow
961 S. Linden Ave.
Elmhurst, IL 60126

David R. King
7535 Thornapple Drive SE
Caledonia, MI 49316

Desiree Waunn
208 Edinburgh Ct
Naperville, IL 60540

DeLage Landen Fin. Services
Att: T Veitz
1111 Old Eagle School Road
Wayne, PA 19087

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Department of
Employment Security
33 South State Street
Chicago, IL 60603

Birch
1301 Chestnut
Emporia, KS 66801

TPH Healthcare Partners, LLC
1440 Belleau Woods Ct
Wheaton, IL 60189

OB I LLC c/o John D Silk
150 S Wacker Drive, Suite 3025
Chicago, IL 60606

Richard D. Mager
4030 Johnson
Western Springs, IL 60558

Barrington Bank & Trust Co.
Randall & Kenig LLC
455 North CityFront Plaza Dr.
Suite 2510
Chicago, IL 60611

Wisconsin Dept. of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

New York State Dept. of Labor
State Campus, Bldg 12 Rm 256
Albany, NY 12240

State of Florida Dept. of Revenue
Fredrick F. Rudzik, ESQ.
PO Box 6668
Tallahassee, FL 32314-6668

AZ DEPT. OF REVENUE
2005 N Central Ave, Suite 100
PHOENIX, AZ 85004

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000