**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  DEARBORN ADVISORS, LLC

§   Case No. 17-11596
§
§
§

Debtor(s)

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/12/2017. The undersigned trustee was appointed on 04/12/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of              $          150,046.63

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 19,018.09 |
| Bank service fees | 2,993.02 |
| Other payments to creditors | 17,894.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 110,141.52 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/11/2017 and the deadline for filing governmental claims was 10/10/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,752.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,752.33, for a total compensation of $10,752.33[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $15.66 for total expenses of $15.66[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2019                        By: /s/ David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case No.:   17-11596

Case Name:   DEARBORN ADVISORS, LLC

For Period Ending:   03/26/2019

Trustee Name:   (330580) David R. Brown

Date Filed (f) or Converted (c):   04/12/2017 (f)

§ 341(a) Meeting Date:   05/09/2017

Claims Bar Date:   08/11/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America checking account #3813 | 73,697.00 | 73,621.37 | | 73,621.37 | FA |
| 3 | Barrington Bank and Trust Co. checking #3382 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit for gym membership Jones Lang LaSalle | 40.00 | 0.00 | | 0.00 | FA |
| 5 | Letter of Credit issued by Barrington Bank and Trust Co.<br>in connection with debtor's commercial lease with OB I, LLC | 92,500.00 | 0.00 | | 0.00 | FA |
| 6 | Crowe Harwath LLP, 2016 (401)k audit<br>*See response to SOFA no. 11<br>Trustee has retained this accountant to perform the pension plan audits so this prepaid amount will be credited to that work. | 29,000.00 | 29,000.00 | | 0.00 | FA |
| 7 | Office Furniture-See attached Rider 39/41 | 15,000.00 | 22,487.00 | | 22,487.00 | FA |
| 8 | Computer Equipment-See attached Rider 39/41 | 5,000.00 | 7,322.00 | | 7,322.00 | FA |
| 9 | Office copiers -CDS Office Technologies lease<br>See response to SOFA No. 11<br>prepayment to accountants for audit of pension plan. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Leasehold interest in real property located at<br>2215 York Road, Suite 400, Oakbrook, IL 60523 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Intellectual Property patents, copyrights, trademarks, and trade secrets<br>See Attached Rider to Schedule A/B Question 60 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Internet domain names and websites<br>DearbornAdvisors.com and DearbornAdvisors.net | Unknown | 0.00 | | 0.00 | FA |
| 13 | Other intangibles, or intellectual property<br>Clinician Adoption Methodology (with modules and associated templates) & Transformation for Value (methodology with support tools)<br>*Manager Estimate after adequate marketing and with necessary transition support. | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 14 | Tax refunds State of Michigan tax year 2016 | 40.00 | 40.00 | | 2,251.57 | FA |
| 15 | Tax refunds State of California tax year 2016 | 3,500.00 | 9,809.00 | | 9,809.00 | FA |
| 16 | Tax refunds other states or federal entities<br>*See Rider to Schedule A/B Question No. 72 for list of taxing jurisdictions | Unknown | 3,973.00 | | 6,454.12 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:** 17-11596

**Case Name:** DEARBORN ADVISORS, LLC

**For Period Ending:** 03/26/2019

**Trustee Name:** (330580) David R. Brown

**Date Filed (f) or Converted (c):** 04/12/2017 (f)

**§ 341(a) Meeting Date:** 05/09/2017

**Claims Bar Date:** 08/11/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Life insurance Policy<br>(Insurer) West Coast Life Insurance Company; Richard Mager (insured); face value ($1,000,000) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Pre-payment for executive search (executive not hired)<br>Trustee reviewed contract and funds paid are nonrefundable | 119,000.00 | 0.00 | | 0.00 | FA |
| 19 | Health insurance premium refund (u) | 22,938.97 | 22,938.97 | | 22,938.97 | FA |
| 20 | Payroll service refund (u) | 467.61 | 467.61 | | 467.61 | FA |
| 21* | INTERESTS IN INSURANCE POLICIES (u) (See Footnote) | Unknown | 4,654.00 | | 4,654.00 | FA |
| 22 | VENDOR REFUND (u)<br>FedEx refund | 40.99 | 40.99 | | 40.99 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$1,361,224.57** | **$174,353.94** | | **$150,046.63** | **$0.00** |

RE PROP# 21      workers compensation premium refund

**Major Activities Affecting Case Closing:**

Trustee is in the process of terminating 401k plan. This involves auditing the plan for 2016 and 2017, and allowing participants to roll over there accounts to individual 401k accounts. Tax returns, including returns for a number of states, are being prepared. Trustee estimates it will take another 6 months to complete that process.

**Initial Projected Date Of Final Report (TFR):** 06/29/2018      **Current Projected Date Of Final Report (TFR):** 02/26/2019 (Actual)

| 03/26/2019 | /s/David R. Brown |
|---|---|
| Date | David R. Brown |

UST Form 101-7-TFR (5/1/2011)

# Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 17-11596 | **Trustee Name:** David R. Brown (330580) |
| **Case Name:** DEARBORN ADVISORS, LLC | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***7603 | **Account #:** ******6166 Checking Account |
| **For Period Ending:** 03/26/2019 | **Blanket Bond (per case limit):** $77,173,558.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/17 | {14} | State of Michigan | tax refund | 1124-000 | 40.00 | | 40.00 |
| 05/10/17 | {15} | State of California | 2016 tax refund | 1124-000 | 3,500.00 | | 3,540.00 |
| 05/18/17 | {2} | Bank of America | Turnover of Debtor's bank account | 1129-000 | 73,621.37 | | 77,161.37 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.75 | 77,115.62 |
| 06/07/17 | {19} | Health Care Service Corporation | refund for premium | 1229-000 | 22,938.97 | | 100,054.59 |
| 06/07/17 | {15} | State of California | tax refund | 1124-000 | 6,309.00 | | 106,363.59 |
| 06/07/17 | {16} | State of Missouri | tax refund | 1124-000 | 278.00 | | 106,641.59 |
| 06/07/17 | {16} | State of Maine | tax refund | 1124-000 | 408.04 | | 107,049.63 |
| 06/07/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 406.01 | | 107,455.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.92 | 107,312.72 |
| 07/05/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 61.60 | | 107,374.32 |
| 07/20/17 | {16} | State of Maryland | tax refund from 2016 | 1124-000 | 57.00 | | 107,431.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.29 | 107,282.03 |
| 08/10/17 | | Heath Industrial Auction Services, Inc | Proceeds of auction sale | | 29,809.00 | | 137,091.03 |
| | {7} | | furniture and equipment $22,487.00 | 1129-000 | | | 137,091.03 |
| | {8} | | computers and peripherals $7,322.00 | 1129-000 | | | 137,091.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 198.33 | 136,892.70 |
| 09/07/17 | {16} | State of New Jersey | tax refund for 2016 income taxes | 1124-000 | 3,230.00 | | 140,122.70 |
| 09/11/17 | 101 | Barrington Bank & Trust Company | Share of proceeds of sale of office equipment and furnishings. | 4110-000 | | 17,894.00 | 122,228.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | 2,968.00 | 119,260.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | -2,968.00 | 122,228.70 |
| 09/11/17 | 103 | AMERICAN AUCTION ASSOCIATES | Auctioneer expenses | 3620-000 | | 2,968.00 | 119,260.70 |
| 09/25/17 | 104 | AMERICAN AUCTION ASSOCIATES | Reimburse payment to ProShred Security | 2990-000 | | 1,165.00 | 118,095.70 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 182.58 | 117,913.12 |
| 10/30/17 | {21} | Marsh USA, Inc | workers comp policy refund | 1229-000 | 4,654.00 | | 122,567.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 181.12 | 122,386.00 |

**Page Subtotals:** $145,312.99    $22,926.99

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-11596 | |
| **Case Name:** | DEARBORN ADVISORS, LLC | |
| **Taxpayer ID #:** | **-***7603 | |
| **For Period Ending:** | 03/26/2019 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6166 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 11/21/17 | 105 | IRON MOUNTAIN | Invoice ## NTM8354, NWC1153, NAZ3161 | 2990-000 | | 700.00 | 121,686.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 175.93 | 121,510.07 |
| 12/22/17 | {16} | Commonwealth of Virginia | unemployment tax overpayment refund | 1124-000 | 296.00 | | 121,806.07 |
| 12/22/17 | {16} | Commonwealth of Kentucky | tax refund | 1124-000 | 1,500.61 | | 123,306.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 169.12 | 123,137.56 |
| 01/05/18 | {16} | New York Dept of Taxation | Tax refund | 1124-000 | 21.00 | | 123,158.56 |
| 01/05/18 | {16} | Minnesota Dept of Employment | Unemployment tax refund | 1124-000 | 500.00 | | 123,658.56 |
| 01/18/18 | {22} | FedEx Express | Vendor refund | 1290-000 | 40.99 | | 123,699.55 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 195.42 | 123,504.13 |
| 02/13/18 | 106 | International Sureties, Ltd. | BOND # 016073584 | 2300-000 | | 38.00 | 123,466.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.78 | 123,300.35 |
| 03/05/18 | {16} | State of Tennessee | SUTA refund | 1124-000 | 163.47 | | 123,463.82 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.53 | 123,286.29 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 171.41 | 123,114.88 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 194.80 | 122,920.08 |
| 06/05/18 | 107 | Alan D. Lasko & Associates, PC | fees and expenses pursuant to order approving same entered 6/1/2018 | | | 14,102.69 | 108,817.39 |
| | | | $13,966.20 | 3410-000 | | | 108,817.39 |
| | | | $136.49 | 3420-000 | | | 108,817.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.41 | 108,657.98 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.70 | 108,491.28 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 161.24 | 108,330.04 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.10 | 108,246.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 97.86 | 108,149.08 |

| | | |
|---|---|---|
| **Page Subtotals:** | $2,522.07 | $16,758.99 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 17-11596 | |
| Case Name: | DEARBORN ADVISORS, LLC | |
| Taxpayer ID #: | **-***7603 | |
| For Period Ending: | 03/26/2019 | |

| | |
|---|---|
| Trustee Name: | David R. Brown (330580) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******6166 Checking Account |
| Blanket Bond (per case limit): | $77,173,558.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.88 | 108,060.20 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.85 | 107,974.35 |
| 02/18/19 | {14} | State of Michigan | income tax refund | 1124-000 | 2,211.57 | | 110,185.92 |
| 02/18/19 | 108 | International Sureties, Ltd. | Bond 016073584 | 2300-000 | | 44.40 | 110,141.52 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 150,046.63 | 39,905.11 | **$110,141.52** |
| Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| **Subtotal** | | 150,046.63 | 39,905.11 | |
| Less: Payments to Debtors | | | **0.00** | |
| **NET Receipts / Disbursements** | | **$150,046.63** | **$39,905.11** | |

# Form 2

**Exhibit B**
Page:  4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-11596 | |
| **Case Name:** | DEARBORN ADVISORS, LLC | |
| **Taxpayer ID #:** | **-***7603 | |
| **For Period Ending:** | 03/26/2019 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6166 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6166 Checking Account | $150,046.63 | $39,905.11 | $110,141.52 |
| | **$150,046.63** | **$39,905.11** | **$110,141.52** |

| | |
|---|---|
| 03/26/2019 | /s/David R. Brown |
| Date | David R. Brown |

Printed:   03/26/2019 1:01 PM

Page:  1

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 17-11596 DEARBORN ADVISORS, LLC**

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Barrington Bank & Trust Company | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $110,141.52 |
| | CDS Leasing | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $110,141.52 |
| | SPRINGER BROWN, LLC | Admin Ch. 7 | $557.52 | $557.52 | $0.00 | $557.52 | $557.52 | $109,584.00 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | SPRINGER BROWN, LLC | Admin Ch. 7 | $8,533.00 | $8,533.00 | $0.00 | $8,533.00 | $8,533.00 | $101,051.00 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Alan D Lasko & Associates, PC | Admin Ch. 7 | $454.83 | $454.83 | $136.49 | $318.34 | $318.34 | $100,732.66 |
| | <3420-00 Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| | Alan D Lasko & Associates, PC | Admin Ch. 7 | $24,176.50 | $24,176.50 | $13,966.20 | $10,210.30 | $10,210.30 | $90,522.36 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | David R. Brown | Admin Ch. 7 | $10,752.33 | $10,752.33 | $0.00 | $10,752.33 | $10,752.33 | $79,770.03 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | David R. Brown | Admin Ch. 7 | $15.66 | $15.66 | $0.00 | $15.66 | $15.66 | $79,754.37 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | ILLINOIS DEPT. OF REVENUE | Admin Ch. 7 | $0.00 | $19,412.00 | $0.00 | $19,412.00 | $19,412.00 | $60,342.37 |

Printed:    03/26/2019 1:01 PM

Page:  2

# Exhibit C

## Claims Proposed Distribution Register

### Case: 17-11596 DEARBORN ADVISORS, LLC

**Case Balance:**    $110,141.52        **Total Proposed Payment:**    $110,141.52        **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| | <2820-00 Other State or Local Taxes (post-petition)> | | | | | | | |
| | OB I LLC c/o John D Silk | Admin Ch. 7 | $49,534.48 | $42,500.00 | $0.00 | $42,500.00 | $42,500.00 | $17,842.37 |
| | <2410-00 Administrative Rent> | | | | | | | |
| | IL Dept. of Revenue | Priority | $0.00 | $502.28 | $0.00 | $502.28 | $502.28 | $17,340.09 |
| | Employee IL Income Tax Distribution: | | | | | | | |
| |    Claim   10P   $ 251.14 | Richard D. Mager | | | | | | |
| |    Claim   11P   $ 251.14 | Desiree Waunn | | | | | | |
| | [ | | | | | | | |
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $3,044.16 | $0.00 | $3,044.16 | $3,044.16 | $14,295.93 |
| | Employee Income Tax Distribution: | | | | | | | |
| |    Claim   3A   $ 1,014.72 | David R King | | | | | | |
| |    Claim   10P   $ 1,014.72 | Richard D. Mager | | | | | | |
| |    Claim   11P   $ 1,014.72 | Desiree Waunn | | | | | | |
| | [ | | | | | | | |
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $943.68 | $0.00 | $943.68 | $943.68 | $13,352.25 |
| | Employee FICA Distribution: | | | | | | | |
| |    Claim   3A   $ 314.56 | David R King | | | | | | |
| |    Claim   10P   $ 314.56 | Richard D. Mager | | | | | | |
| |    Claim   11P   $ 314.56 | Desiree Waunn | | | | | | |
| | [ | | | | | | | |

Printed:   03/26/2019 1:01 PM

Page:  3

## Exhibit C

## Claims Proposed Distribution Register

### Case: 17-11596 DEARBORN ADVISORS, LLC

**Case Balance:** $110,141.52       **Total Proposed Payment:** $110,141.52       **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $220.71 | $0.00 | $220.71 | $220.71 | $13,131.54 |

Employee Medicare Distribution:
| | Claim | 3A | $ 73.57 | David R King | | | | | |
| | Claim | 10P | $ 73.57 | Richard D. Mager | | | | | |
| | Claim | 11P | $ 73.57 | Desiree Waunn | | | | | |
[

| | Michigan Department of Treasury | Priority | $0.00 | $215.63 | $0.00 | $215.63 | $215.63 | $12,915.91 |

Employee MI Income Tax Distribution:
| | Claim | 3A | $ 215.63 | David R King | | | | | |
[

| 3A | David R King | Priority | $21,360.00 | $12,850.00 | $0.00 | $3,455.13 | $3,455.13 | $9,460.78 |

[Gross Wage $5073.61 Less Taxes = Net $3455.13 Income Tax $1014.72 FICA $314.56 Medicare $73.57 MI Income Tax $215.63]

| 10P | Richard D. Mager | Priority | $12,850.00 | $12,850.00 | $0.00 | $3,419.62 | $3,419.62 | $6,041.16 |

[Gross Wage $5073.61 Less Taxes = Net $3419.62 Income Tax $1014.72 FICA $314.56 Medicare $73.57 IL Income Tax $251.14]

| 11P | Desiree Waunn | Priority | $12,850.00 | $12,850.00 | $0.00 | $3,419.62 | $3,419.62 | $2,621.54 |

[Gross Wage $5073.61 Less Taxes = Net $3419.62 Income Tax $1014.72 FICA $314.56 Medicare $73.57 IL Income Tax $251.14]

| | IL Department of Employment Security | Priority | $0.00 | $745.82 | $0.00 | $745.82 | $745.82 | $1,875.72 |

Employer IL SUTA Distribution:

Printed:   03/26/2019 1:01 PM

**Exhibit C**

Page:  4

**Claims Proposed Distribution Register**

**Case: 17-11596 DEARBORN ADVISORS, LLC**

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Claim     10P | $ 372.91 | Richard D. Mager | | | | | |
| | Claim     11P | $ 372.91 | Desiree Waunn | | | | | |
| | [ | | | | | | | |
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $943.68 | $0.00 | $943.68 | $943.68 | $932.04 |
| | Employer FICA Distribution: | | | | | | | |
| | Claim     3A | $ 314.56 | David R King | | | | | |
| | Claim     10P | $ 314.56 | Richard D. Mager | | | | | |
| | Claim     11P | $ 314.56 | Desiree Waunn | | | | | |
| | [ | | | | | | | |
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $220.71 | $0.00 | $220.71 | $220.71 | $711.33 |
| | Employer Medicare Distribution: | | | | | | | |
| | Claim     3A | $ 73.57 | David R King | | | | | |
| | Claim     10P | $ 73.57 | Richard D. Mager | | | | | |
| | Claim     11P | $ 73.57 | Desiree Waunn | | | | | |
| | [ | | | | | | | |
| | INTERNAL REVENUE SERVICE | Priority | $0.00 | $91.32 | $0.00 | $91.32 | $91.32 | $620.01 |
| | Employer FUTA Distribution: | | | | | | | |
| | Claim     3A | $ 30.44 | David R King | | | | | |
| | Claim     10P | $ 30.44 | Richard D. Mager | | | | | |
| | Claim     11P | $ 30.44 | Desiree Waunn | | | | | |
| | [ | | | | | | | |

Printed:   03/26/2019 1:01 PM

**Exhibit C**

Page:  5

**Claims Proposed Distribution Register**

**Case: 17-11596 DEARBORN ADVISORS, LLC**

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $620.01 |
| | Internal Revenue Service Special Procedures Branch 230 S. De | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $620.01 |
| | Michigan Unemployment Insurance Agency | Priority | $0.00 | $620.00 | $0.00 | $620.00 | $620.00 | $0.01 |
| | Employer MI SUTA Distribution:<br>    Claim    3A     $ 620.00          David R King<br>    [ | | | | | | | | |
| 16 | New York State Dept. of Labor | Priority | $495.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 |
| 5P | Department of the Treasury Internal Revenue Service | Priority | $1,297.23 | $1,297.23 | $0.00 | $1,297.23 | $0.01 | $0.00 |
| 6 | Illinois Department of Employment Security | Priority | $36.06 | $36.06 | $0.00 | $36.06 | $0.00 | $0.00 |
| 15P | Wisconsin Department of Revenue Special Procedures Unit | Priority | $1,378.85 | $1,378.85 | $0.00 | $1,378.85 | $0.00 | $0.00 |
| 17 | State of Florida - Department of Revenue Fredrick F. Rudzik, ESQ. | Priority | $100.00 | $100.00 | $0.00 | $100.00 | $0.00 | $0.00 |
| 18P | AZ DEPARTMENT OF REVENUE | Priority | $149.99 | $149.99 | $0.00 | $149.99 | $0.00 | $0.00 |

Printed:   03/26/2019 1:01 PM

**Exhibit C**

Page:  6

**Claims Proposed Distribution Register**

**Case: 17-11596 DEARBORN ADVISORS, LLC**

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | ANS Associates | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Abigail Mager | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Andrew Toole | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Angela Tiberio | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anne Rodwell | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BMB Bowers Limited | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Barbara A. Crowell | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Barrett | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bethany Mager | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Birch Communications | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Blue Cross Blue Shield of IL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BriDunn | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CDS Office - Springfield | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CDS Office Technologies, Inc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carnow & Associates, Ltd. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Exhibit C

## Claims Proposed Distribution Register

### Case: 17-11596 DEARBORN ADVISORS, LLC

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | ComEd | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | D King IT Assist, LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Daniel Herman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Desiree Waunn | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Douglas Jones | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FedEx | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Garvey's Office Supply | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Guardian Insurance | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harris Stutman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Iron Mountain | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jacalyn Luchsinger | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jeffrey P. Crowell, Trustee of the Barba | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | John Mengelt | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Laboratory Corporation of America Holdin | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Marsh USA, Inc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Printed:   03/26/2019 1:01 PM                                                                                                       Page:  8

# Exhibit C

## Claims Proposed Distribution Register

### Case: 17-11596 DEARBORN ADVISORS, LLC

**Case Balance:**   $110,141.52          **Total Proposed Payment:**   $110,141.52          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | McGough (background checks) | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | OBI LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | OBI LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Richard Rydell | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Stan Jaworski | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Stephen Jelinek | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Susan Kruzan | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | TPH Healthcare Partners, LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | Barbara A. Crowell | Unsecured | $604,241.91 | $604,241.91 | $0.00 | $604,241.91 | $0.00 | $0.00 |
| 2 | Jeffrey Crowell, as Trustee of the Barbara A. Crow | Unsecured | $105,654.64 | $105,654.64 | $0.00 | $105,654.64 | $0.00 | $0.00 |
| 3B | David R. King | Unsecured | $8,510.00 | $8,510.00 | $0.00 | $8,510.00 | $0.00 | $0.00 |
| 4 | DeLage Landen Financial Services Att: T Veitz | Unsecured | $11,339.57 | $11,339.57 | $0.00 | $11,339.57 | $0.00 | $0.00 |
| 5U | Department of the Treasury Internal Revenue Service | Unsecured | $1,060.72 | $1,060.72 | $0.00 | $1,060.72 | $0.00 | $0.00 |

Printed:    03/26/2019 1:01 PM

Page:  9

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 17-11596 DEARBORN ADVISORS, LLC**

**Case Balance:**    $110,141.52          **Total Proposed Payment:**    $110,141.52          **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7 | Birch | Unsecured | $2,907.86 | $2,907.86 | $0.00 | $2,907.86 | $0.00 | $0.00 |
| 8 | TPH Healthcare Partners, LLC | Unsecured | $62,318.82 | $62,318.82 | $0.00 | $62,318.82 | $0.00 | $0.00 |
| 10U | Richard D. Mager | Unsecured | $73,816.67 | $73,816.67 | $0.00 | $73,816.67 | $0.00 | $0.00 |
| 11U | Desiree Waunn | Unsecured | $22,150.00 | $22,150.00 | $0.00 | $22,150.00 | $0.00 | $0.00 |
| 12 | Desiree Waunn | Unsecured | $350,000.00 | $350,000.00 | $0.00 | $350,000.00 | $0.00 | $0.00 |
| 13U | Barrington Bank & Trust Company Randall & Kenig LLC | Unsecured | $271,500.38 | $271,500.38 | $0.00 | $271,500.38 | $0.00 | $0.00 |
| 14 | NYS Dept of Labor State Office Campus Bld | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15U | Wisconsin Department of Revenue Special Procedures Unit | Unsecured | $487.71 | $487.71 | $0.00 | $487.71 | $0.00 | $0.00 |
| 18U | AZ DEPARTMENT OF REVENUE | Unsecured | $25.66 | $25.66 | $0.00 | $25.66 | $0.00 | $0.00 |
| 13S | Barrington Bank & Trust Company Randall & Kenig LLC | Secured | $29,809.00 | $29,809.00 | $17,894.00 | $11,915.00 | $0.00 | $0.00 |
| **Total for Case:** | **17-11596** | | $1,688,365.34 | $1,671,029.27 | $31,996.69 | $1,639,032.58 | $110,141.52 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-11596
Case Name: DEARBORN ADVISORS, LLC
Trustee Name: David R. Brown

**Balance on hand:**  $ _____ 110,141.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | Barrington Bank & Trust Company Randall & Kenig LLC | 29,809.00 | 29,809.00 | 17,894.00 | 0.00 |

Total to be paid to secured creditors:  $ _____ 0.00
Remaining balance:  $ _____ 110,141.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 10,752.33 | 0.00 | 10,752.33 |
| Trustee, Expenses - David R. Brown | 15.66 | 0.00 | 15.66 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 8,533.00 | 0.00 | 8,533.00 |
| Administrative Rent - OB I LLC c/o John D Silk | 42,500.00 | 0.00 | 42,500.00 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPT. OF REVENUE | 19,412.00 | 0.00 | 19,412.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 557.52 | 0.00 | 557.52 |
| Accountant for Trustee Fees (Other Firm) - Alan D Lasko & Associates, PC | 24,176.50 | 13,966.20 | 10,210.30 |
| Accountant for Trustee Expenses (Other Firm) - Alan D Lasko & Associates, PC | 454.83 | 136.49 | 318.34 |

Total to be paid for chapter 7 administrative expenses:  $ _____ 92,299.15
Remaining balance:  $ _____ 17,842.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ _____ 0.00
Remaining balance:  $ _____ 17,842.37

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,804.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | David R King | 12850.00 | 0.00 | 5,073.61 |
| 5P | Department of the Treasury Internal Revenue Service | 1,297.23 | 0.00 | 0.01 |
| 6 | Illinois Department of Employment Security | 36.06 | 0.00 | 0.00 |
| 10P | Richard D. Mager | 12850.00 | 0.00 | 5,073.61 |
| 11P | Desiree Waunn | 12850.00 | 0.00 | 5,073.61 |
| 15P | Wisconsin Department of Revenue Special Procedures Unit | 1,378.85 | 0.00 | 0.00 |
| 16 | New York State Dept. of Labor | 0.00 | 0.00 | 0.00 |
| 17 | State of Florida - Department of Revenue Fredrick F. Rudzik, ESQ. | 100.00 | 0.00 | 0.00 |
| 18P | AZ DEPARTMENT OF REVENUE | 149.99 | 0.00 | 0.00 |
|  | INTERNAL REVENUE SERVICE | 943.68 | 0.00 | 943.68 |
|  | INTERNAL REVENUE SERVICE | 220.71 | 0.00 | 220.71 |
|  | INTERNAL REVENUE SERVICE | 91.32 | 0.00 | 91.32 |
|  | Michigan Unemployment Insurance Agency | 620.00 | 0.00 | 620.00 |
|  | IL Department of Employment Security | 745.82 | 0.00 | 745.82 |

Total to be paid for priority claims: $ 17,842.37

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,513,500.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Barbara A. Crowell | 604,241.91 | 0.00 | 0.00 |
| 2 | Jeffrey Crowell, as Trustee of the Barbara A. Crow | 105,654.64 | 0.00 | 0.00 |
| 3B | David R. King | 8,510.00 | 0.00 | 0.00 |
| 4 | DeLage Landen Financial Services Att: T Veitz | 11,339.57 | 0.00 | 0.00 |
| 5U | Department of the Treasury Internal Revenue Service | 1,060.72 | 0.00 | 0.00 |
| 7 | Birch | 2,907.86 | 0.00 | 0.00 |
| 8 | TPH Healthcare Partners, LLC | 62,318.82 | 0.00 | 0.00 |
| 10U | Richard D. Mager | 73,816.67 | 0.00 | 0.00 |
| 11U | Desiree Waunn | 22,150.00 | 0.00 | 0.00 |
| 12 | Desiree Waunn | 350,000.00 | 0.00 | 0.00 |
| 13U | Barrington Bank & Trust Company Randall & Kenig LLC | 271,500.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     0.00

Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $513.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | NYS Dept of Labor State Office Campus Bld | 0.00 | 0.00 | 0.00 |
| 15U | Wisconsin Department of Revenue Special Procedures Unit | 487.71 | 0.00 | 0.00 |
| 18U | AZ DEPARTMENT OF REVENUE | 25.66 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:     $     0.00

Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR(5/1/2011)**