**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DEARBORN ADVISORS, LLC § Case No. 17-11596
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,240,540.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $35,736.37 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $114,310.26 | | |

3) Total gross receipts of $150,046.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $150,046.63 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $171,480.32 | $29,809.00 | $29,809.00 | $17,894.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $101,932.74 | $114,310.26 | $114,310.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $50,518.08 | $20,804.49 | $17,842.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,907,366.79 | $1,514,013.94 | $1,514,013.94 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,078,847.11 | $1,696,273.76 | $1,678,937.69 | $150,046.63 |

4) This case was originally filed under chapter 7 on 04/12/2017.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2019                    By: /s/ David R. Brown
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds State of Michigan tax year 2016 | 1124-000 | $2,251.57 |
| Health insurance premium refund | 1229-000 | $22,938.97 |
| Bank of America checking account #3813 | 1129-000 | $73,621.37 |
| VENDOR REFUND | 1290-000 | $40.99 |
| Payroll service refund | 1229-000 | $467.61 |
| Tax refunds other states or federal entities | 1124-000 | $6,454.12 |
| INTERESTS IN INSURANCE POLICIES | 1229-000 | $4,654.00 |
| Computer Equipment-See attached Rider 39/41 | 1129-000 | $7,322.00 |
| Office Furniture-See attached Rider 39/41 | 1129-000 | $22,487.00 |
| Tax refunds State of California tax year 2016 | 1124-000 | $9,809.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,046.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13S | Barrington Bank & Trust Company Randall & Kenig LLC | 4110-000 | NA | $29,809.00 | $29,809.00 | $17,894.00 |
| N/F | Barrington Bank & Trust Company | 4110-000 | $170,035.47 | NA | NA | NA |
| N/F | CDS Leasing | 4110-000 | $1,444.85 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$171,480.32** | **$29,809.00** | **$29,809.00** | **$17,894.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $10,752.33 | $10,752.33 | $10,752.33 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $15.66 | $15.66 | $15.66 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $8,533.00 | $8,533.00 | $8,533.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $557.52 | $557.52 | $557.52 |
| Auctioneer Expenses - AMERICAN AUCTION ASSOCIATES | 3620-000 | NA | $2,968.00 | $2,968.00 | $2,968.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $82.40 | $82.40 | $82.40 |
| Administrative Rent - OB I LLC c/o John D Silk | 2410-000 | NA | $49,534.48 | $42,500.00 | $42,500.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,993.02 | $2,993.02 | $2,993.02 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | $0.00 | $19,412.00 | $19,412.00 |
| Other Chapter 7 Administrative Expenses - AMERICAN AUCTION ASSOCIATES | 2990-000 | NA | $1,165.00 | $1,165.00 | $1,165.00 |
| Other Chapter 7 Administrative Expenses - IRON MOUNTAIN | 2990-000 | NA | $700.00 | $700.00 | $700.00 |
| Accountant for Trustee Fees (Other Firm) - Alan D Lasko & Associates, PC | 3410-000 | NA | $24,176.50 | $24,176.50 | $24,176.50 |
| Accountant for Trustee Expenses (Other Firm) - Alan D Lasko & Associates, PC | 3420-000 | NA | $454.83 | $454.83 | $454.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $101,932.74 | $114,310.26 | $114,310.26 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | David R King | 5300-000 | NA | $21,360.00 | $3,455.13 | $3,455.13 |
| 5P | Department of the Treasury Internal Revenue Service | 5800-000 | NA | $1,297.23 | $1,297.23 | $0.01 |
| 6 | Illinois Department of Employment Security | 5800-000 | NA | $36.06 | $36.06 | $0.00 |
| 10P | Richard D. Mager | 5300-000 | NA | $12,850.00 | $3,419.62 | $3,419.62 |
| 11P | Desiree Waunn | 5300-000 | NA | $12,850.00 | $3,419.62 | $3,419.62 |
| 15P | Wisconsin Department of Revenue Special Procedures Unit | 5800-000 | NA | $1,378.85 | $1,378.85 | $0.00 |
| 16 | New York State Dept. of Labor | 5800-000 | NA | $495.95 | $0.00 | $0.00 |
| 17 | State of Florida - Department of Revenue Fredrick F. Rudzik, ESQ. | 5800-000 | NA | $100.00 | $100.00 | $0.00 |
| 18P | AZ DEPARTMENT OF REVENUE | 5800-000 | NA | $149.99 | $149.99 | $0.00 |
|  | IL Department of Employment Security | 5800-000 | NA | NA | $745.82 | $745.82 |
|  | IL Dept. of Revenue | 5300-000 | NA | NA | $502.28 | $502.28 |
|  | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | $220.71 | $220.71 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $220.71 | $220.71 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $3,044.16 | $3,044.16 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $943.68 | $943.68 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | $91.32 | $91.32 |
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | $943.68 | $943.68 |
| | Michigan Department of Treasury | 5300-000 | NA | NA | $215.63 | $215.63 |
| | Michigan Unemployment Insurance Agency | 5800-000 | NA | NA | $620.00 | $620.00 |
| N/F | Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service Special Procedures Branch 230 S. De | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$50,518.08** | **$20,804.49** | **$17,842.37** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Barbara A. Crowell | 7100-000 | NA | $604,241.91 | $604,241.91 | $0.00 |
| 2 | Jeffrey Crowell, as Trustee of the Barbara A. Crow | 7100-000 | NA | $105,654.64 | $105,654.64 | $0.00 |
| 3B | David R. King | 7100-000 | NA | $8,510.00 | $8,510.00 | $0.00 |
| 4 | DeLage Landen Financial Services Att: T Veitz | 7100-000 | NA | $11,339.57 | $11,339.57 | $0.00 |
| 5U | Department of the Treasury Internal Revenue Service | 7100-000 | NA | $1,060.72 | $1,060.72 | $0.00 |
| 7 | Birch | 7100-000 | NA | $2,907.86 | $2,907.86 | $0.00 |
| 8 | TPH Healthcare Partners, LLC | 7100-000 | NA | $62,318.82 | $62,318.82 | $0.00 |
| 10U | Richard D. Mager | 7100-000 | NA | $73,816.67 | $73,816.67 | $0.00 |
| 11U | Desiree Waunn | 7100-000 | NA | $22,150.00 | $22,150.00 | $0.00 |
| 12 | Desiree Waunn | 7100-000 | NA | $350,000.00 | $350,000.00 | $0.00 |
| 13U | Barrington Bank & Trust Company Randall & Kenig LLC | 7100-000 | NA | $271,500.38 | $271,500.38 | $0.00 |
| 14 | NYS Dept of Labor State Office Campus Bld | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 15U | Wisconsin Department of Revenue Special Procedures Unit | 7200-000 | NA | $487.71 | $487.71 | $0.00 |
| 18U | AZ DEPARTMENT OF REVENUE | 7200-000 | NA | $25.66 | $25.66 | $0.00 |
| N/F | ANS Associates | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Abigail Mager | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Andrew Toole | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Angela Tiberio | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Anne Rodwell | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BMB Bowers Limited | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barbara A. Crowell | 7100-000 | $604,241.91 | NA | NA | NA |
| N/F | Barrett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bethany Mager | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Birch Communications | 7100-000 | $2,767.22 | NA | NA | NA |
| N/F | Blue Cross Blue Shield of IL | 7100-000 | $6,672.21 | NA | NA | NA |
| N/F | BriDunn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CDS Office - Springfield | 7100-000 | $188.59 | NA | NA | NA |
| N/F | CDS Office Technologies, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carnow & Associates, Ltd. | 7100-000 | $3,882.03 | NA | NA | NA |
| N/F | ComEd | 7100-000 | $516.80 | NA | NA | NA |
| N/F | D King IT Assist, LLC | 7100-000 | $21,360.00 | NA | NA | NA |
| N/F | Daniel Herman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Desiree Waunn | 7100-000 | $350,000.00 | NA | NA | NA |
| N/F | Douglas Jones | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $336.96 | NA | NA | NA |
| N/F | Garvey's Office Supply | 7100-000 | $37.76 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Guardian Insurance | 7100-000 | $563.97 | NA | NA | NA |
| N/F | Harris Stutman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Iron Mountain | 7100-000 | $214.10 | NA | NA | NA |
| N/F | Jacalyn Luchsinger | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeffrey P. Crowell, Trustee of the Barba | 7100-000 | $105,654.64 | NA | NA | NA |
| N/F | John Mengelt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Laboratory Corporation of America Holdin | 7100-000 | $51.00 | NA | NA | NA |
| N/F | Marsh USA, Inc. | 7100-000 | $19,275.00 | NA | NA | NA |
| N/F | McGough (background checks) | 7100-000 | $60.00 | NA | NA | NA |
| N/F | OBI LLC | 7100-000 | $59,949.78 | NA | NA | NA |
| N/F | OBI LLC | 7100-000 | $669,101.00 | NA | NA | NA |
| N/F | Richard Rydell | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stan Jaworski | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stephen Jelinek | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Susan Kruzan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TPH Healthcare Partners, LLC | 7100-000 | $62,493.82 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,907,366.79** | **$1,514,013.94** | **$1,514,013.94** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Form 1

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

Case No.: 17-11596  
Case Name: DEARBORN ADVISORS, LLC  
For Period Ending: 08/06/2019

Trustee Name: (330580) David R. Brown  
Date Filed (f) or Converted (c): 04/12/2017 (f)  
§ 341(a) Meeting Date: 05/09/2017  
Claims Bar Date: 08/11/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America checking account #3813 | 73,697.00 | 73,621.37 | | 73,621.37 | FA |
| 3 | Barrington Bank and Trust Co. checking #3382 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Deposit for gym membership Jones Lang LaSalle | 40.00 | 0.00 | | 0.00 | FA |
| 5 | Letter of Credit issued by Barrington Bank and Trust Co.<br>in connection with debtor's commercial lease with OB I, LLC | 92,500.00 | 0.00 | | 0.00 | FA |
| 6 | Crowe Harwath LLP, 2016 (401)k audit<br>*See response to SOFA no. 11<br>Trustee has retained this accountant to perform the pension plan audits so this prepaid amount will be credited to that work. | 29,000.00 | 29,000.00 | | 0.00 | FA |
| 7 | Office Furniture-See attached Rider 39/41 | 15,000.00 | 22,487.00 | | 22,487.00 | FA |
| 8 | Computer Equipment-See attached Rider 39/41 | 5,000.00 | 7,322.00 | | 7,322.00 | FA |
| 9 | Office copiers -CDS Office Technologies lease<br>See response to SOFA No. 11<br>prepayment to accountants for audit of pension plan. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Leasehold interest in real property located at<br>2215 York Road, Suite 400, Oakbrook, IL 60523 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Intellectual Property patents, copyrights, trademarks, and trade secrets<br>See Attached Rider to Schedule A/B Question 60 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Internet domain names and websites<br>DearbornAdvisors.com and DearbornAdvisors.net | Unknown | 0.00 | | 0.00 | FA |
| 13 | Other intangibles, or intellectual property<br>Clinician Adoption Methodology (with modules and associated templates) & Transformation for Value (methodology with support tools)<br>*Manager Estimate after adequate marketing and with necessary transition support. | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 14 | Tax refunds State of Michigan tax year 2016 | 40.00 | 40.00 | | 2,251.57 | FA |
| 15 | Tax refunds State of California tax year 2016 | 3,500.00 | 9,809.00 | | 9,809.00 | FA |
| 16 | Tax refunds other states or federal entities<br>*See Rider to Schedule A/B Question No. 72 for list of taxing jurisdictions | Unknown | 3,973.00 | | 6,454.12 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 17-11596 | Trustee Name: | (330580) David R. Brown |
| Case Name: | DEARBORN ADVISORS, LLC | Date Filed (f) or Converted (c): | 04/12/2017 (f) |
| | | § 341(a) Meeting Date: | 05/09/2017 |
| For Period Ending: | 08/06/2019 | Claims Bar Date: | 08/11/2017 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Life insurance Policy<br>(Insurer) West Coast Life Insurance Company; Richard Mager (insured); face value ($1,000,000) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Pre-payment for executive search (executive not hired)<br>Trustee reviewed contract and funds paid are nonrefundable | 119,000.00 | 0.00 | | 0.00 | FA |
| 19 | Health insurance premium refund (u) | 22,938.97 | 22,938.97 | | 22,938.97 | FA |
| 20 | Payroll service refund (u) | 467.61 | 467.61 | | 467.61 | FA |
| 21* | INTERESTS IN INSURANCE POLICIES (u) (See Footnote) | Unknown | 4,654.00 | | 4,654.00 | FA |
| 22 | VENDOR REFUND (u)<br>FedEx refund | 40.99 | 40.99 | | 40.99 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$1,361,224.57** | **$174,353.94** | | **$150,046.63** | **$0.00** |

RE PROP# 21    workers compensation premium refund

**Major Activities Affecting Case Closing:**

Trustee is in the process of terminating 401k plan. This involves auditing the plan for 2016 and 2017, and allowing participants to roll over there accounts to individual 401k accounts. Tax returns, including returns for a number of states, are being prepared. Trustee estimates it will take another 6 months to complete that process.

**Initial Projected Date Of Final Report (TFR):** 06/29/2018    **Current Projected Date Of Final Report (TFR):** 02/26/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 08/06/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/17 | {14} | State of Michigan | tax refund | 1124-000 | 40.00 | | 40.00 |
| 05/10/17 | {15} | State of California | 2016 tax refund | 1124-000 | 3,500.00 | | 3,540.00 |
| 05/18/17 | {2} | Bank of America | Turnover of Debtor's bank account | 1129-000 | 73,621.37 | | 77,161.37 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.75 | 77,115.62 |
| 06/07/17 | {19} | Health Care Service Corporation | refund for premium | 1229-000 | 22,938.97 | | 100,054.59 |
| 06/07/17 | {15} | State of California | tax refund | 1124-000 | 6,309.00 | | 106,363.59 |
| 06/07/17 | {16} | State of Missouri | tax refund | 1124-000 | 278.00 | | 106,641.59 |
| 06/07/17 | {16} | State of Maine | tax refund | 1124-000 | 408.04 | | 107,049.63 |
| 06/07/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 406.01 | | 107,455.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.92 | 107,312.72 |
| 07/05/17 | {20} | Paycom Payroll LLC | payroll service refund | 1229-000 | 61.60 | | 107,374.32 |
| 07/20/17 | {16} | State of Maryland | tax refund from 2016 | 1124-000 | 57.00 | | 107,431.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.29 | 107,282.03 |
| 08/10/17 | | Heath Industrial Auction Services, Inc | Proceeds of auction sale | | 29,809.00 | | 137,091.03 |
| | {7} | | furniture and equipment $22,487.00 | 1129-000 | | | 137,091.03 |
| | {8} | | computers and peripherals $7,322.00 | 1129-000 | | | 137,091.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 198.33 | 136,892.70 |
| 09/07/17 | {16} | State of New Jersey | tax refund for 2016 income taxes | 1124-000 | 3,230.00 | | 140,122.70 |
| 09/11/17 | 101 | Barrington Bank & Trust Company | Share of proceeds of sale of office equipment and furnishings. | 4110-000 | | 17,894.00 | 122,228.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | 2,968.00 | 119,260.70 |
| 09/11/17 | 102 | AMERICAN AUCTION ASSOCIATES | Auction expenses Voided on 09/11/2017 | 2500-004 | | -2,968.00 | 122,228.70 |
| 09/11/17 | 103 | AMERICAN AUCTION ASSOCIATES | Auctioneer expenses | 3620-000 | | 2,968.00 | 119,260.70 |
| 09/25/17 | 104 | AMERICAN AUCTION ASSOCIATES | Reimburse payment to ProShred Security | 2990-000 | | 1,165.00 | 118,095.70 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 182.58 | 117,913.12 |
| 10/30/17 | {21} | Marsh USA, Inc | workers comp policy refund | 1229-000 | 4,654.00 | | 122,567.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 181.12 | 122,386.00 |

Page Subtotals: $145,312.99   $22,926.99

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 08/06/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 11/21/17 | 105 | IRON MOUNTAIN | Invoice ## NTM8354, NWC1153, NAZ3161 | 2990-000 | | 700.00 | 121,686.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 175.93 | 121,510.07 |
| 12/22/17 | {16} | Commonwealth of Virginia | unemployment tax overpayment refund | 1124-000 | 296.00 | | 121,806.07 |
| 12/22/17 | {16} | Commonwealth of Kentucky | tax refund | 1124-000 | 1,500.61 | | 123,306.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 169.12 | 123,137.56 |
| 01/05/18 | {16} | New York Dept of Taxation | Tax refund | 1124-000 | 21.00 | | 123,158.56 |
| 01/05/18 | {16} | Minnesota Dept of Employment | Unemployment tax refund | 1124-000 | 500.00 | | 123,658.56 |
| 01/18/18 | {22} | FedEx Express | Vendor refund | 1290-000 | 40.99 | | 123,699.55 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 195.42 | 123,504.13 |
| 02/13/18 | 106 | International Sureties, Ltd. | BOND # 016073584 | 2300-000 | | 38.00 | 123,466.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.78 | 123,300.35 |
| 03/05/18 | {16} | State of Tennessee | SUTA refund | 1124-000 | 163.47 | | 123,463.82 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 177.53 | 123,286.29 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 171.41 | 123,114.88 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 194.80 | 122,920.08 |
| 06/05/18 | 107 | Alan D. Lasko & Associates, PC | fees and expenses pursuant to order approving same entered 6/1/2018 | | | 14,102.69 | 108,817.39 |
| | | | $13,966.20 | 3410-000 | | | 108,817.39 |
| | | | $136.49 | 3420-000 | | | 108,817.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.41 | 108,657.98 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.70 | 108,491.28 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 161.24 | 108,330.04 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.10 | 108,246.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 97.86 | 108,149.08 |
| | | | **Page Subtotals:** | | **$2,522.07** | **$16,758.99** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | DEARBORN ADVISORS, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | | Account #: | ******6166 Checking Account |
| For Period Ending: | 08/06/2019 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.88 | 108,060.20 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.85 | 107,974.35 |
| 02/18/19 | {14} | State of Michigan | income tax refund | 1124-000 | 2,211.57 | | 110,185.92 |
| 02/18/19 | 108 | International Sureties, Ltd. | Bond 016073584 | 2300-000 | | 44.40 | 110,141.52 |
| 05/06/19 | 109 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $557.52; Claim # ATTYExp; Filed: $557.52 | 3120-000 | | 557.52 | 109,584.00 |
| 05/06/19 | 110 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $8,533.00; Claim # ATTYFees; Filed: $8,533.00 | 3110-000 | | 8,533.00 | 101,051.00 |
| 05/06/19 | 111 | Alan D Lasko & Associates, PC | Distribution payment - Dividend paid at 69.99% of $454.83; Claim # LaskoExp; Filed: $454.83 | 3420-000 | | 318.34 | 100,732.66 |
| 05/06/19 | 112 | Alan D Lasko & Associates, PC | Distribution payment - Dividend paid at 42.23% of $24,176.50; Claim # LaskoFees; Filed: $24,176.50 | 3410-000 | | 10,210.30 | 90,522.36 |
| 05/06/19 | 113 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $10,752.33; Claim # TR Comp; Filed: $10,752.33 | 2100-000 | | 10,752.33 | 79,770.03 |
| 05/06/19 | 114 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $15.66; Claim # TRExp; Filed: $15.66 | 2200-000 | | 15.66 | 79,754.37 |
| 05/06/19 | 115 | ILLINOIS DEPT. OF REVENUE | Distribution payment - Dividend paid at 100.00% of $19,412.00; Claim # ; Filed: $0.00 | 2820-000 | | 19,412.00 | 60,342.37 |
| 05/06/19 | 116 | OB I LLC c/o John D Silk | Distribution payment - Dividend paid at 100.00% of $42,500.00; Claim # 9; Filed: $49,534.48 | 2410-000 | | 42,500.00 | 17,842.37 |
| 05/06/19 | 117 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $3,044.16; Claim # ; Filed: | 5300-000 | | 3,044.16 | 14,798.21 |
| 05/06/19 | 118 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $943.68; Claim # ; Filed: | 5300-000 | | 943.68 | 13,854.53 |
| 05/06/19 | 119 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $220.71; Claim # ; Filed: | 5300-000 | | 220.71 | 13,633.82 |
| 05/06/19 | 120 | Michigan Department of Treasury | Distribution payment - Dividend paid at 100.00% of $215.63; Claim # ; Filed: | 5300-000 | | 215.63 | 13,418.19 |
| 05/06/19 | 121 | IL Dept. of Revenue | Distribution payment - Dividend paid at 100.00% of $502.28; Claim # ; Filed: | 5300-000 | | 502.28 | 12,915.91 |
| | | | Page Subtotals: | | $2,211.57 | $97,444.74 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 17-11596 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | DEARBORN ADVISORS, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7603 | Account #: | ******6166 Checking Account |
| For Period Ending: | 08/06/2019 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/19 | 122 | David R King | Distribution payment - Dividend paid at 68.10% of $5,073.61; Claim # 3A; Filed: $21,360.00 | 5300-000 | | 3,455.13 | 9,460.78 |
| 05/06/19 | 123 | Richard D. Mager | Distribution payment - Dividend paid at 67.40% of $5,073.61; Claim # 10P; Filed: $12,850.00 Stopped on 07/11/2019 | 5300-005 | | 3,419.62 | 6,041.16 |
| 05/06/19 | 124 | Desiree Waunn | Distribution payment - Dividend paid at 67.40% of $5,073.61; Claim # 11P; Filed: $12,850.00 | 5300-000 | | 3,419.62 | 2,621.54 |
| 05/06/19 | 125 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $943.68; Claim # ; Filed: | 5800-000 | | 943.68 | 1,677.86 |
| 05/06/19 | 126 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $220.71; Claim # ; Filed: | 5800-000 | | 220.71 | 1,457.15 |
| 05/06/19 | 127 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $91.32; Claim # ; Filed: | 5800-000 | | 91.32 | 1,365.83 |
| 05/06/19 | 128 | Michigan Unemployment Insurance Agency | Distribution payment - Dividend paid at 100.00% of $620.00; Claim # ; Filed: | 5800-000 | | 620.00 | 745.83 |
| 05/06/19 | 129 | IL Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $745.82; Claim # ; Filed: | 5800-000 | | 745.82 | 0.01 |
| 05/06/19 | 130 | Department of the Treasury Internal Revenue Service | Distribution payment - Dividend paid at 0.00% of $1,297.23; Claim # 5P; Filed: $1,297.23 | 5800-000 | | 0.01 | 0.00 |
| 07/11/19 | 123 | Richard D. Mager | Distribution payment - Dividend paid at 67.40% of $5,073.61; Claim # 10P; Filed: $12,850.00 Stopped on 07/11/2019 | 5300-005 | | -3,419.62 | 3,419.62 |
| 07/15/19 | 131 | Richard D. Mager | Replace check 523 | 5300-000 | | 3,419.62 | 0.00 |
| | | **COLUMN TOTALS** | | | 150,046.63 | 150,046.63 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 150,046.63 | 150,046.63 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $150,046.63 | $150,046.63 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-11596 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | DEARBORN ADVISORS, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7603 | **Account #:** | ******6166 Checking Account |
| **For Period Ending:** | 08/06/2019 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6166 Checking Account | $150,046.63 | $150,046.63 | $0.00 |
| | **$150,046.63** | **$150,046.63** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)